Daniel O. King, Bar #026550
Jonathan P. Barnes, Jr., Bar #028014
James E. Cerasia, Bar #038391
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7349
Fax: (602) 200-7838
dking@jshfirm.com
jbarnes@jshfirm.com
jcerasia@jshfirm.com

Attorneys for Defendants James E. Lee
and Maret Vessella

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

David S. Gingras,

Plaintiff,

v.

James D. Lee; Maret Vessella;
Andrew Ivchenko & Renee Ivchenko,
Husband and Wife,

Defendants.

No. 2:26-cv-10051-MTM

**Stipulation for Extension of Time to Respond to Complaint**

Plaintiff David S. Gingras and Defendants James D. Lee and Maret Vessella, through their respective counsel, stipulate under Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3 as follows:

1. Lee and Vessella's deadline to answer or otherwise respond to the Verified Complaint [Doc. 1] is currently December 3, 2026.

2. The parties agree to extend that deadline by fourteen days, to December 17, 2026.

3. This is the first request for an extension of this deadline. All parties to this stipulation agree to the requested relief. Defendants Andrew Ivchenko and Renee Ivchenko are not parties to this stipulation and are not represented by undersigned counsel for Lee and Vessella.

4. Lee and Vessella file this stipulation for the limited purpose of securing the extension. It is not a general appearance, and it does not waive any defense available under Fed. R. Civ. P. 12(b).

A proposed form of order is lodged with this stipulation.

DATED this 25th day of November, 2026.

GINGRAS LAW OFFICE, PLLC

By /s/ David S. Gingras (w/ permission)
David S. Gingras
4802 E. Ray Road, #23-271
Phoenix, Arizona 85004
Plaintiff

JONES, SKELTON & HOCHULI, P.L.C.

By ______________________________
Daniel O. King
Jonathan P. Barnes, Jr.
James E. Cerasia
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants James E. Lee and Maret Vessella

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

David S. Gingras
Gingras Law Office, PLLC
4802 E. Ray Road, #23-271
Phoenix, Arizona 85044
David@GingrasLaw.com
Plaintiff

/s/ Megan Axlund