**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David S. Gingras,<br><br>Plaintiff,<br><br>v.<br><br>James D. Lee; Maret Vessella; Andrew Ivchenko & Renee Ivchenko, Husband and Wife,<br><br>Defendants. | No. 2:26-cv-10051-MTM<br><br>**[Proposed] Order: Stipulation for Extension of Time to Respond to Complaint** |

The Court having considered the parties' Stipulation for Extension of Time to Respond to Complaint (First Request), and good cause appearing,

IT IS ORDERED that Defendants James D. Lee and Maret Vessella shall answer or otherwise respond to the Verified Complaint [Doc. 1] on or before December 17, 2026.

IT IS FURTHER ORDERED that the filing of the stipulation does not constitute a general appearance by Lee or Vessella and does not waive any defense available to them under Fed. R. Civ. P. 12(b).